AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 18 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Miguel Villalobos-Chavez and<br>Maria Martina Martinez-Marcias<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:16mj 554-RHW<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 16, 2016__ in the county of __Harrison__ in the __Southern__ District of __MS, Southern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | Conspiracy to Possession with Intent to Distribute a Controlled Substance, to wit, 500 grams or more of a mixture or substance containing a detecable amount of methamphetamine, a schedule II narcotic drug controlled substance. |

This criminal complaint is based on these facts:
See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jason Gazzo, Task Force Agent DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/18/2016

_____
*Judge's signature*

City and state: Gulfport, MS

Michel T. Parker, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Jason Gazzo, being first duly sworn, state as follows:

## Introduction

Your Affiant, Jason Gazzo, is a Task Force Agent (TFA) with the United States Drug Enforcement Administration (DEA), United States Department of Justice (DOJ). TFA Gazzo has been a sworn law enforcement officer with the Mississippi Highway Safety Patrol since December 04, 2003. TFA Gazzo was deputized as a Task Force Agent in October of 2010. TFA Gazzo is authorized to perform duties as provided by law and department regulations and as such participates in investigations enforcing Title 21, United States Code, Section 878, to enforce Title 21 and other criminal laws of the United States. He has received special training in the enforcement of laws concerning controlled substances as found in Title 21 of the United States Code. He has participated in and has conducted investigations which have resulted in the arrest and conviction of individuals who have smuggled, received, and distributed controlled substances, as well as the seizure of illegal drugs and proceeds derived from the sale of those illegal drugs. In addition, he has conducted, in connection with these and other cases, follow-up investigations concerning the concealment of narcotics-produced assets, money, bank records, etc., and the identification of co-conspirators through the use of ledgers, telephone bills and records, and photographs, as related to drug trafficking. He has been involved in various types of electronic surveillance, in the execution of search and arrest warrants, and in the debriefing of defendants, witnesses and informants, as well as others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from controlled substance trafficking.

**Probable Cause Factual Basis**

On July 16, 2016, Task Force Agent (TFA) Jason Gazzo was contacted by a confidential source (CS1) in reference to a narcotic shipment that arrived in Gulfport, MS. According to CS1, this shipment was the product of several months of negotiations with a Mexico based narcotic broker. CS1 stated the broker requested CS1 to have his/her "people" meet the courier, off-load the narcotics, and provide the courier with a partial payment, to which CS1 agreed. The broker provided a telephone number as the number being utilized by the courier.

At approximately 12:00 p.m., agents with the Gulfport Resident Office (GRO) and another confidential source (CS2) met and briefed at a pre-determined location. Once fully briefed and prepared, TFA Gazzo contacted CS1 and advised him/her to contact the courier. The courier advised CS1 that he was located at Morelias Mexican Bar and Grill located at 9442 U.S. Highway 49, Gulfport, MS and that he would be in a blue Jeep Cherokee.

At approximately 1:30 p.m., agents and CS2 arrived at Morelias Mexican Bar and Grill. CS2 departed his/her vehicle and made contact with Miguel VILLALOBOS-CHAVEZ and Maria MARTINEZ-MARCIAS. After a brief conversation, all involved agreed to relocate to a less populated area to complete the narcotic transaction.

At approximately 1:35 p.m., CS2 departed in his/her vehicle and VILLALOBOS-CHAVEZ and MARTINEZ-MARCIAS followed in theirs. Both vehicles traveled to the rear parking lot of the Best Western located at 9475 U.S. Highway 49, Gulfport, MS.

At approximately 1:40 p.m., CS2, VILLALOBOS-CHAVEZ, and MARTINEZ-MARCIAS arrived at the Best Western and exited their vehicles. MARTINEZ-MARCIAS quickly expressed her concerns of the location due to what she thought were cameras and the amount of vehicles traveling in the area. CS2 assured MARTINEZ-MARCIAS that all was good and that he/she had conducted numerous transactions at this location in the past. MARTINEZ-MARCIAS

released the hood latch of the courier vehicle and began to act as a "lookout." CS2 and VILLALOBOS-CHAVEZ began to extract multiple packages of methamphetamine from the doors of the courier vehicle. After physically viewing the narcotics, CS2 provided TFA Gazzo with the "take down" signal. Agents quickly moved in and arrested VILLALOBOS-CHAVEZ and MARTINEZ-MARCIAS without incident. An approximate total of 21.2 kilograms of what was suspected to be methamphetamine was recovered from the courier vehicle. The suspected methamphetamine was field tested and yielded a positive result for methamphetamine.

## CONCLUSION

Based upon my experience as a DEA Task Force Agent and the facts listed above involving, it is my opinion that there is probable cause to believe that violations of Title 21, United States Code, Section 846, have been committed in the Southern District of Mississippi by Miguel VILLALOBOS-CHAVEZ and Maria MARTINEZ-MARCIAS and others who conspired to possess with the intent to distribute methamphetamine.

_____
Jason Gazzo
Task Force Agent
Drug Enforcement Administration

SWORN TO AND SUBSCRIBED BEFORE ME ON July 18, 2016.

MICHAEL T. PARKER
UNITED STATES MAGISTRATE JUDGE